KEENEY *v.* THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

PETTIT, J.—In all legal aspects, this case is the same as *Straughan* v. *The Indianapolis and St. Louis Railroad Company, ante,* p. 185; and on the authority of that case, the judgment in this is in all things affirmed, at the costs of the appellant, with five per cent. damages.

*W. A. McKenzie,* for appellant.

*M. A. Osborn* and *L. Ritter,* for appellee.